

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

            - against -

Gisainet Cristina Chirinos Viloria,

            Defendant

-------------------------------------------------------x

24 CR 709- 001 (NSR)

ORDER

    It is hereby ORDERED that the Clerk of the Court pay the attached invoice submitted by Empire State Forensics, in the amount of $6,000, for professional services rendered in connection with the above captioned case.

    SO ORDERED,

Dated: White Plains, New York
       April 1, 2025

_____
Honorable Nelson Stephen Roman
U.S. District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/01/2025

# Superbill

**Empire State Forensics LCSW, P.C.**

| | |
|---|---|
| Date : | 15 March 2025 |
| Invoice No. : | 8310 |
| For Questions Call : | 9143412039 |

Gisainet Chirinos Viloria

Empire State Forensics LCSW, P.C.
280 North Central Avenue
Suite 40
Hartsdale NY 10530

| | | | Previous Balance: | $0.00 |
|---|---|---|---|---|

| Date | Service | Place of Service | Units | Charge |
|---|---|---|---|---|
| 03/17/2025 | Language Interpretation Services | 11 | 1 | $500.00 |
| 03/15/2025 | Psychosexual Evaluation and Report | 11 | 1 | $5,500.00 |
| | | | Total Charges: | $6,000.00 |

**Diagnostic Code(s):**

| | |
|---|---|
| Total Paid: | - |
| Invoice Amount Due: | $6,000.00 |
| **Balance Due:** | **$6,000.00** |

**Billing Provider:** Name: Empire State Forensics LCSW, P.C.
NPI #: 1689147423
Tax Id: 82-2916796

**Client:** Name: Gisainet Chirinos Viloria

**Rendering Provider:** Clinician Sara Liebert, PsyD

**Footnote:**